✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Bison Advisors LLC, a Minnesota
limited liability company,

               Plaintiff,

  V.

Irvin Kessler, Peter Goddard and
Walleye Trading Advisors LLC, a
Minnesota limited liability company,

               Defendant,

## JUDGMENT IN A CIVIL CASE

Case Number:  14-cv-3121 DSD/SER

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
plaintiff's motion for a preliminary injunction [ECF No. 12] is denied.

October 31, 2014
Date

RICHARD D. SLETTEN, CLERK

s/ Katie Thompson

(By)              Katie Thompson   Deputy Clerk