# UNITED STATES DISTRICT COURT
## District of Minnesota

Bison Advisors LLC, a Minnesota limited liability company, Ephraim Gildor, and Argos Capital Management Inc.,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 14-cv-3121 DSD/SER

Irvin Kessler, Peter Goddard, and Walleye Trading Advisors LLC, a Minnesota limited liability company,

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. The above-entitled action and all claims and counterclaims that were asserted therein, shall be and hereby are dismissed in their entirety with prejudice and on the merits; and
2. Each party shall bear his or its own fees, costs, and disbursements.

Date: 9/27/2016

RICHARD D. SLETTEN, CLERK

s/Katie Thompson

(By)   Katie Thompson, Deputy Clerk